## John Torrent v. The Muskegon Booming Company.

*Practice in the Supreme Court: Appeal bond.* A bond given by an appellant in chancery to the Supreme Court, if defective, may be amended by leave of the Court.

*Heard and decided July 7.*

*D. D. Hughes* moves to dismiss the appeal, because:

1. That the appeal bond filed in this cause by the said complainant and appellant is not given in any sum or

amount fixed or directed by a Judge of the Circuit Court, or by a Circuit Court Commissioner.

2. That the appeal bond filed in said cause has but one surety.

THE COURT held that, as in the case of *McClintock v. Laing* (*19 Mich.,* 300), where the appeal bond was not approved by a proper officer, yet a new bond was allowed to be filed; so in this case, a new bond may be filed on the payment of $10 costs in this motion.